**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02209-LTB-MEH

KENNETH McMECHEN,

       Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TRANSPORTATION SECURITY ADMINISTRATION,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal of Defendants U.S. Department of Homeland Security and Transportation Security Administration (Doc 2 - filed January 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to Defendants U.S. Department of Homeland Security and Transportation Security Administration**, each party to pay their own fees and costs.  This action shall continue between Plaintiff and Defendant United States of America.

                                  BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Chief Judge

DATED:   January 8, 2007